Larry GREEN, Plaintiff–Appellant

v.

William E TILLEY, etc.;
et al, Defendants

John S Craft, Sheriff; Danny Hunt,
Defendants–Appellees.

No. 04–30556
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 8, 2005.

Larry Green, Deridder, LA, pro se.

David R. Lestage, Hall, Lestage & Landreneau, Deridder, LA, for Defendant–Appellee.

Before KING, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

In this pro se civil rights case, Larry Green challenges the district court's orders setting aside the entry of default judgments. Green has filed a motion for an emergency protective order and a motion to sever the appeal. These motions are DENIED.

We do not have jurisdiction to review the district court's orders setting aside the

entry of the default judgments as neither of these orders is a final order nor an appealable interlocutory or collateral order. *See* 28 U.S.C. §§ 1291, 1292; *see also Adult Film Ass'n of America, Inc. v. Thetford,* 776 F.2d 113, 115 (5th Cir.1985). Accordingly, Green's appeal from these orders is DISMISSED for lack of jurisdiction.

DISMISSED FOR LACK OF JURISDICTION; MOTIONS FOR EMERGENCY PROTECTIVE ORDER AND TO SEVER APPEAL DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.